UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
UNITED STATES OF AMERICA

        -against-

TOVA NOEL and MICHAEL THOMAS,

                Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/25/2021

19 Cr. 830 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The status conference scheduled for March 17, 2021, at 1:00 p.m. is ADJOURNED to **March 17, 2021**, at **3:00 p.m.**

    SO ORDERED.

Dated: February 25, 2021
       New York, New York

_____
ANALISA TORRES
United States District Judge