UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

                    -against-

MIGUEL LYNCH,

                              Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _3/4/2021_____

16 Cr. 622 (AT)

**ORDER**

ANALISA TORRES, District Judge:

        The conference scheduled for March 10, 2021, is ADJOURNED to **May 11, 2021**, at **1:00 p.m.**

        SO ORDERED.

Dated:  March 4, 2021
        New York, New York

_____
        ANALISA TORRES
        United States District Judge