UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

MIGUEL LYNCH,

                                    Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _5/28/2021_____

16 Cr. 622 (AT)

**ORDER**

ANALISA TORRES, District Judge:

Co-counsel, members of the press, and the public may access the audio feed of the conference scheduled for June 3, 2021, by calling (888) 398-2342 or (215) 861-0674 and entering access code 5598827. All of those accessing the conference—whether in listen-only mode or otherwise—are reminded that recording or rebroadcasting of the proceeding is prohibited by law.

SO ORDERED.

Dated: May 28, 2021
       New York, New York

_____
ANALISA TORRES
United States District Judge