UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
UNITED STATES OF AMERICA,

-v-

Miguel Lynch

Defendant(s).
-----------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/3/2021

**CONSENT TO PROCEED BY VIDEOCONFERENCE**

16 -CR- 622 (AT)

Defendant _____Miguel Lynch_____ hereby voluntarily consents to participate in the following proceeding via videoconferencing:

___ Initial Appearance/Appointment of Counsel

___ Arraignment (If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___ Preliminary Hearing on Felony Complaint

___ Bail/Revocation/Detention Hearing

___ Status and/or Scheduling Conference

___ Misdemeanor Plea/Trial/Sentence

✓ VOSR hearing

JLB for Miguel Lynch
_____
Defendant's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

Miguel Lynch
_____
Print Defendant's Name

_____
Defense Counsel's Signature

Jennifer Brown
_____
Print Defense Counsel's Name

This proceeding was conducted by reliable videoconferencing technology.

6/3/2021
_____
Date

_____
**ANALISA TORRES**
United States District Judge